UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
ROCKY JOE GIBBS,                            )
                                            )   Case No. C04-2410L
                Plaintiff,                  )
        v.                                  )
                                            )   ORDER OF DISMISSAL
PETERSON RUSSELL KELLY, PLLC,               )
                                            )
                Defendant.                  )
_____ )

On June 3, 2005, the Court dismissed some of plaintiff's claims under the Fair Debt Collections Practices Act and directed him to file a motion for leave to amend the complaint in the above-captioned matter. Dkt. # 20. The Court noted that failure to file the motion by July 6, 2005, would result in the dismissal of the remainder of plaintiff's claims. As of this date, plaintiff has not filed a motion for leave to amend. The above-captioned matters is, therefore, DISMISSED and judgment will be entered accordingly.

DATED this 18th day of July, 2005.

*MWS Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL